| Case No. | CV 17-558-PSG (SP) | Date | October 30, 2017 |
|---|---|---|---|
| Title | VAHE TAHMASIAN v. LIEUTENANT COLON, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On January 24, 2017, plaintiff Vahe Tahmasian, a federal prisoner proceeding pro se, filed a civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971). His complaint alleges that employees of the Federal Bureau of Prisons conspired to deny him his right to freedom of speech and his right to petition the government for a redress of grievances. On August 29, 2017, this court, having completed screening of the complaint, dismissed it with leave to file a First Amended Complaint by September 28, 2017. Over four weeks having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **November 20, 2017**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by November 20, 2017.

If plaintiff files a First Amended Complaint by **November 20, 2017**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.